HARRY H. TANTUM, respondent,

*v.*

ANNA KELLER, appellant.

[Decided October 20th, 1924.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Buchanan, whose opinion is reported in *95 N. J. Eq. 466.*

*Mr. Cassel R. Ruhlman,* for the respondent.

*Mr. James J. McGoogan,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS—15.

*For reversal*—None.